BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

JUN 06 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)           NO. 2:12-cr-00199 MCE
v.          )
)           ORDER UNSEALING FILES
)
JOE WELDON TAYLOR, )
)
Defendant. )
_____ )

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY

ORDERED that the files in the above-referenced case be, and hereby are, UNSEALED.

DATED: ___6/6/12___

_Dale A. Drozd_
HONORABLE DALE A. DROZD
United States Magistrate Judge

2