1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2
    JEFFREY L. STANIELS, Bar #91413
3   Assistant Federal Defender
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JOE WELDON TAYLOR

7

8                IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,     )  No. 2:12-cr-00199 MCE
                            )
12             Plaintiff,   )  STIPULATION AND ORDER CONTINUING
                            )  CASE
13     v.                   )
                            )  Date:  July 19, 2012
14   JOE WELDON TAYLOR,       )  Time:  9:00 a.m.
                            )  Judge: Hon. Morrison C. England, Jr.
15           Defendant.   )
                            )
16   _____ )

17       **IT IS HEREBY STIPULATED** by and between Assistant United States

18   Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal

19   Defender Jeffrey L. Staniels, counsel for Defendant that the above case

20   be vacated from this court's July 19, 2012 calendar, and that it be

21   continued until October 11, 2012, at 9:00 a.m. for status conference.

22       This stipulation seeks a continuance of the first scheduled

23   appearance of Mr. Taylor before the District Court. Counsel have

24   conferred about the pace and potential scope of additional discovery

25   and about the possibility that this case may well justify a complexity

26   finding in the future.

27   ///

28   ///

1 The date of October 11, 2012, seeks to account for those concerns, for

2 the intended provision of added discovery in the near future, for the

3 need for the defense to commence preparation by identifying the

4 information available to counsel from Mr. Taylor, and to identify need

5 for further discovery, for investigation, and for potential motions,

6 and to advise Mr. Taylor of options available concerning how to

7 proceed.

8 IT IS FURTHER STIPULATED that the interests of justice served by

9 permitting this continuance for the above stated purposes outweigh the

10 interests of the public and of Mr. Taylor in a speedy trial and that

11 time for trial under the Speedy Trial Act should be excluded between

12 the filing of this stipulation and October 11, 2012, pursuant to 18

13 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

14 **IT IS SO STIPULATED**.

15 Dated: July 16, 2012          /s/ *Matthew Morris*
                              MATTHEW MORRIS
16                              Assistant United States Attorney
                              Counsel for Plaintiff
17

18
   Dated: July 16, 2012          /s/ *Jeffrey L. Staniels*
19                              Jeffrey L. Staniels
                              Assistant Federal Defender
20                              Counsel for Defendant
                              JOE WELDON TAYLOR
21

22

23

24

25

26 ///

27 ///

28 ///

**O R D E R**

The above stipulation is accepted.  Upon consideration of the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting the requested continuance outweigh the interests of the public and of the defendant in a speedy trial.  This case is therefore continued from July 19, 2012, until October 11, 2012, at 9:00 a.m. on this court's criminal calendar.  Time for trial is excluded from the date of this order until October 11, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                           3