1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOE WELDON TAYLOR
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-00199 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE |
| v. | ) | |
| | ) | Date: October 11, 2012 |
| JOE WELDON TAYLOR, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's October 11, 2012 calendar, and that it be continued until November 16, 2012, at 9:00 a.m. for status conference.

This stipulation seeks a continuance of the second scheduled appearance of Mr. Taylor before the District Court.  Counsel have conferred about the pace and potential scope of additional discovery and about the possibility that this case may well justify a complexity finding in the future.

The date of November 16, 2012, seeks to account for those concerns, for continued defense preparation and consultation with government counsel and Mr. Taylor about potential disposition of the case.

IT IS FURTHER STIPULATED that the interests of justice served by permitting this continuance for the above stated purposes outweigh the interests of the public and of Mr. Taylor in a speedy trial and that time for trial under the Speedy Trial Act should be excluded between the filing of this stipulation and November 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: October 9, 2012  /s/ *Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 9, 2012  /s/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JOE WELDON TAYLOR

///

///

///

Stipulation & Order
Continuing Case        2

**O R D E R**

The above stipulation is accepted. Upon consideration of the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting the requested continuance outweigh the interests of the public and of the defendant in a speedy trial. This case is therefore continued from October 11, 2012, until November 16, 2012, at 9:00 a.m. on this court's criminal calendar. Time for trial is excluded from the date of this order until November 16, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    3