```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOE WELDON TAYLOR
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-199 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) CASE |
| v. | ) |
| | ) Date: March 28, 2013 |
| JOE WELDON TAYLOR, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 28, 2013 calendar, and that it be continued until May 9, 2013, at 9:00 a.m. for status regarding judgment and sentencing. The date requested anticipates that the Presentence Report cannot be received and reviewed in time for proceeding at either of the court's April calendars, and also accounts for Mr. Staniels' unavailability to appear at any of the court's earlier May calendar.

This continuance is required in order to permit both counsel to receive review and respond, if appropriate, to a presentence report

which is in the process of being prepared.

IT IS FURTHER STIPULATED that the Speedy Trial Act is not implicated by this post-guilty plea continuance for sentencing.

**IT IS SO STIPULATED.**

Dated: March 26, 2013      /s/ *Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 26, 2013      /s/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JOE WELDON TAYLOR

**O R D E R**

The above stipulation is accepted. This case is therefore continued from March 28, 2013, until May 9, 2013, at 9:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Date: March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE