Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOE WELDON TAYLOR,

    Defendant.

   ) NO. 2:12-cr-00199 MCE
   )
   ) **STIPULATION AND ORDER**
   ) **CONTINUING SENTENCING**
   ) **PROCEEDINGS**
   )
   )
   ) **Date: August 22, 2013**
   ) **Time: 9:00 a.m.**
   ) **Judge: Hon. Morrison C. England**
   )

**IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney, Matthew Morris, counsel for Plaintiff, and Jeffrey L.

Staniels, court appointed attorney for Defendant Joe Weldon Taylor, that

the sentencing proceedings currently scheduled for August 22, 2013, be

vacated and continued until October 24, 2013. As of this writing, although

no draft Presentence Report has been filed, counsel have been

communicating with the probation officer and between themselves and are

aware that guideline computation and restitution issues are expected to

require detailed consideration by both sides. The time requested seeks to permit adequate time for such consideration and also seeks to account for periods of unavailability by defense counsel.

No speedy trial issue is implicated by this post-guilty plea stipulation and request for continuance.

**IT IS SO STIPULATED.**

Date: August 20, 2013          s/ *Jeffrey L. Staniels*
                               Jeffrey L. Staniels
                               Counsel for Defendant
                               Joe Weldon Taylor

Date: August 20, 2013          */s/ Matthew Morris*
                               Matthew Morris
                               Assistant U.S. Attorney
                               Counsel for Plaintiff

## O R D E R

IT IS SO ORDERED. The judgment and sentencing hearing, presently set for August 22, 2013, is vacated and **continued to October 24, 2013, at 9 a.m.** in Courtroom 7.

Dated: August 20, 2013


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT